UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 22-30024-SPM-1 |
| STEVEN DORFMAN | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW, Paul E. Sims, CJA appointed counsel, and enters his appearance on behalf of the defendant in the above-styled cause.

Respectfully submitted,

SIMS & BAILEY, L.L.C.

By: /s/ Paul E. Sims
PAUL E. SIMS #50536
Attorney for Defendant
4387 Laclede Avenue, Suite A
St. Louis, Missouri 63108
(314) 534-0800

Signature of the foregoing document is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Southern District of Illinois to be served by operation of the Court's electronic filing system upon the office of the United States Attorney for The Southern District of Illinois, this 2ND day of March, 2022.