IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: <u>January 29, 2024</u>   DAY: <u>1</u>   CASE NO. <u>22-cr-30024-SPM</u>

PRESIDING: <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | REPORTER: Erikia Schuster |
| Plaintiff, | DEPUTY: Jackie Muckensturm |
| v. | TIME: 9:10 AM – 4:32 PM |
| STEVEN DORFMAN & JOHN A. SAND, | JURY PRESENT: 2:24 PM – 3:08 PM<br>                          3:18 PM – 4:32 PM |
| Defendants. | RECESS:   9:24 AM – 10:02 AM<br>              11:18 AM – 11:28 AM<br>              12:52 PM -  1:40 PM<br>                3:08 PM -  3:18 PM |

**APPEARANCES:**
Counsel for Government:   <u>Scott Verseman and Peter Reed</u>
Counsel for Defendants:   <u>Paul Sims and Matt Radefeld</u>

**Cause called for jury trial with parties and counsel present.**
**Voir Dire: <u>10:02 a.m.</u>; number of jurors called: <u>67</u>; number of jurors challenged: <u>26</u>.**
**Number of jurors selected and sworn: <u>14.</u>**

Opening statement by **Scott Verseman** on behalf of the Government.
Opening statement by <u>   -----   </u> on behalf of Defendant Dorfman.
Opening statement by **Matt Radefeld** on behalf of Defendant Sand.

**<u>PLAINTIFF(S) WITNESSES:</u>**
**(1) <u>Douglas McKenney</u>         time: <u>3:33 PM – 4:30 PM</u>**

**ADMITTED EXHIBITS:  <u>1, 2, 3, 139, 140, 141, 142, 153</u>**

**Jury Trial to resume on January 30, 2024 at 9:00 AM before Judge Stephen McGlynn.**