# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA )
PLAINTIFF   , )
 )
 ) No. 3:22-CR-30024
 )
                vs. )
 )
 )
CANDIDA GIROUARD )
DEFENDANT. )

### DEFENDANT'S THIRD MOTION TO
### MODIFY CONDITIONS OF BOND OR REELEASE

Comes now the Defendant, Candida Girouard  by and through her undersigned Attorney Joslyn R. Sandifer of Sandifer & Associates Attorneys, at Law, LLC and hereby request that this Honorable Court modify her condition of bond and in support thereof indicates the following:

1. The Order setting Conditions of Release [DOC. 36] was entered on or about March 7, 2022.

2. Defendant was released on an unsecured bond and is being supervised by U.S. Pre-trial Services.

3. Defendant has not violations of the terms and conditions of her release.

4. Defendant has been allowed on at least two (2) different occasions to travel and has complied with all requirements each time.

5. Defendant pleaded guilty on November 30, 2023.

6.  Defendant request that she be allowed to take her minor children on a camping trip March 8-13 to Key Largo Kampground in Key Largo as a final family trip before her sentencing.

7.  It is believed that her monitoring officer has no objection.

8.  It is believe that Government will not objected to this request.

WHREFORE, Defendant request that this Court modify his terms of pre-trial monitoring and grant the defendant movement and/or a curfew.

RESPECTFULLY SUBMITTED,

/s/ Joslyn R. Sandifer

_____

Joslyn Sandifer, 6295781
Sandifer & Associates Attorneys at Law, LLC
Attorney for Defendant
10515 Lincoln  Trail
Fairview Heights, IL 62208
Phone: (618) 489-1234
Fax: (618) 551-4855
JRS @Sandiferlegal.com

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) |
| PLAINTIFF   , | ) |
| | ) |
| | ) No. 3:22-CR-30024 |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| CANDIDA GIROUARD | ) |
| DEFENDANT. | ) |

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2024, I electronically filed the above with the Clerk of the Court using CM/ECF system which will send notification of such filing to Assistant United States Attorney assigned to this matter.

RESPECTFULLY SUBMITTED,

/s/ Joslyn R. Sandifer

_____

Joslyn Sandifer, 6295781
Sandifer & Associates Attorneys at Law, LLC
Attorney for Defendant
10515 Lincoln  Trail
Fairview Heights, IL 62208
Phone: (618) 489-1234
Fax: (618) 551-4855
JRS @Sandiferlegal.com