IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: <u>January 30, 2024</u>   DAY: <u> 2 </u>   CASE NO. <u>22-cr-30024-SPM</u>

PRESIDING: <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DORFMAN & JOHN A. SAND,<br><br>Defendants. | REPORTER: Hannah Jagler<br><br>DEPUTY: Jackie Muckensturm<br><br>TIME: 9:02 AM – 4:07 PM<br><br>JURY PRESENT:   9:02 AM – 10:23 AM<br>                 10:33 AM – 11:56 AM<br>                 1:07 PM – 1:51 PM<br>                 2:05 PM – 3:44 PM<br>                 3:53 PM – 4:07 PM<br><br>RECESS: 10:23 AM – 10:33 AM<br>        11:56 AM – 1:06 PM<br>        1:51 PM – 2:04 PM<br>        3:44 PM – 3:53 PM |

**APPEARANCES:**
Counsel for Government:   <u>Scott Verseman and Peter Reed</u>
Counsel for Defendants:   <u>Paul Sims and Matt Radefeld</u>

**PLAINTIFF(S) WITNESSES:**
(1) <u>George Edwards</u>           time: <u>9:05 AM – 10:23 AM; 10:33 AM – 10:59 AM</u>
(2) <u>Eddie Birkins, Jr.</u>        time: <u>11:00 AM – 11:55 AM</u>
(3) <u>Pamela Gauntt</u>           time: <u>1:07 PM – 1:50 PM</u>
(4) <u>Melissa Icke</u>            time: <u>2:05 PM – 3:05 PM</u>
(5) <u>JoAnn Volk</u>             time: <u>3:05 PM – 3:44 PM; 3:53 PM – 4:04 PM</u>

**ADMITTED EXHIBITS:**   <u>20, 21, 23, 24, 25, 26, 40, 41, 42, 60, 61, 62, 63</u>

**Jury Trial to resume on January 31, 2024 at 9:00 AM before Judge Stephen McGlynn.**