IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

DATE: **January 31, 2024**   DAY: **3**   CASE NO. **22-cr-30024-SPM**

PRESIDING: **HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>STEVEN DORFMAN & JOHN A. SAND,<br><br>   Defendants. | REPORTER: Hannah Jagler &<br>     Stephanie Rennegarbe<br><br>DEPUTY: Jackie Muckensturm<br><br>TIME: 9:05 AM – 4:25 PM<br><br>JURY PRESENT: 9:07 AM – 10:14 AM<br>      10:23 AM – 11:48 PM<br>      12:45 PM – 1:36 PM<br>      1:46 PM – 3:16 PM<br>      3:31 PM – 4:23 PM<br><br>RECESS: 10:14 AM – 10:23 AM<br>     11:48 AM – 12:45 PM<br>     1:36 PM -  1:46 PM<br>     3:16 PM –  3:31 PM |

**APPEARANCES:**
Counsel for Government:   **Scott Verseman and Peter Reed**
Counsel for Defendants:   **Paul Sims and Matt Radefeld**

**PLAINTIFF(S) WITNESSES:**
(1) **JoAnn Volk**               time: **9:07 AM – 10: 14 AM**
(2) **Katrina Ruth**             time: **10:23 AM – 11:27 AM**
(3) **Terena Baker**             time: **11:29 AM – 11:48 AM; 12:46 PM – 1:35 PM**
(4) **Jane Hackethal**           time: **1:46 PM – 3:16 PM; 3:31 PM – 4:23 PM**

ADMITTED EXHIBITS:   **70, 71, 73, 74, 75**

**Jury Trial to resume on February 1, 2024 at 9:00 AM before Judge Stephen McGlynn.**