IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: **February 1, 2024**    DAY: **4**    CASE NO. **22-cr-30024-SPM**

PRESIDING: **HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DORFMAN & JOHN A. SAND,<br><br>Defendants. | REPORTER: Hannah Jagler<br><br>DEPUTY: Jackie Muckensturm<br><br>TIME: 9:05 AM – 4:06 PM<br><br>JURY PRESENT:   9:05 AM – 10:09 AM<br>                 10:21 AM – 11:04 AM<br>                 11:13 AM – 11:51 AM<br>                 12:55 PM - 1:49 PM<br>                  1:59 PM – 3:21 PM<br>                  3:35 PM – 4:02 PM<br><br>RECESS: 10:09 AM – 10:21 AM<br>         11:04 AM – 11:13 AM<br>         11:51 AM – 12:55 PM<br>          1:49 PM – 1:59 PM<br>          3:22 PM – 3:35 PM |

**APPEARANCES:**
Counsel for Government:   **Scott Verseman and Peter Reed**
Counsel for Defendants:   **Paul Sims and Matt Radefeld**

**PLAINTIFF(S) WITNESSES:**
(1) **Courtney Jackson**          time: **9:06 AM – 10:08 AM**
(2) **Theresa Hopkins**           time: **10:22 AM – 11:02 AM**
(3) **Roberto Menjivar**          time: **11:16 AM – 11:51 AM; 12:55 PM – 1:49 PM,**
                                        **1:59 PM – 2:43 PM**
(4) **Nathaniel Al-Najjar**       time: **2:44 PM – 3:21 PM**
(5) **Marvin Koechig**            time: **3:36 PM – 4:02 PM**

**ADMITTED EXHIBITS:** **5-7, 9, 10, 12, 22, 31, 52, 72, 80-83, 85, 86, 89, 92, 102, 110-112, 122, 131, 143-152, 154, 155, 160-165, 250-263, 265-279, 600-621**

**Jury Trial to resume on February 2, 2024 at 9:00 AM before Judge Stephen McGlynn.**