IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: February 8, 2024     DAY: 9     CASE NO. 22-cr-30024-SPM

PRESIDING: HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DORFMAN &<br>JOHN A. SAND,<br><br>Defendants. | REPORTER: Hannah Jagler<br><br>DEPUTY: Jackie Muckensturm<br><br>TIME: 9:04 AM – 4:02 PM<br><br>JURY PRESENT:   9:10 AM – 10:21 AM<br>                         10:34 AM – 11:42 AM<br>                         12:43 PM – 2:15 PM<br>                         2:27 PM – 3:17 PM<br>                         3:22 PM – 3:24 PM<br><br>RECESS: 10:21 AM – 10:34 AM<br>             11:42 AM – 12:43 PM<br>             2:15 PM – 2:27 PM |

**APPEARANCES:**
Counsel for Government: Scott Verseman and Peter Reed
Counsel for Defendants: Paul Sims and Matt Radefeld

**Government makes an oral motion to admit Exhibits 240-244. Court GRANTS same.**

**PLAINTIFF(S) WITNESSES:**
(1) Michael Goldberg          time: 9:11 AM – 10:21 AM; 10:34 AM – 10:44 AM
(2) Kermit Edison              time: 10:47 AM – 11:41 AM
(3) Tonja Cooper               time: 12:44 PM – 1:03 PM
(4) Jason Cooper               time: 1:03 PM – 1:36 PM
(5) Roger Prescher             time: 1:38 PM – 2:15 PM; 2:27 PM – 3:16 PM

**ADMITTED EXHIBITS:** 51, 53-55, 120, 121, 123-126, 130, 132, 133, 223-227, 229-235, 237-239

**Plaintiff Rests:** 3:16 p.m.

**Defendants make oral Motions for Judgment of Acquittal. Court takes motions under advisement.**

Conference for Jury Instructions Held: 3:39 p.m. – 3:50 p.m.

**Jury Trial to resume on February 9, 2024 at 9:00 AM before Judge Stephen McGlynn.**