IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: February 9, 2024          DAY: 10          CASE NO. 22-cr-30024-SPM

PRESIDING: HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVEN DORFMAN &<br>JOHN A. SAND,<br><br>　　　　　Defendants. | REPORTER: Stephanie Rennegarbe<br><br>DEPUTY: Jackie Muckensturm<br><br>TIME: 8:58 AM – 5:06 PM<br><br>JURY PRESENT: 9:04 AM – 10:10 AM<br>　　　　　　　　10:20 AM -11:21 AM<br>　　　　　　　　11:28 AM – 11:47 AM<br>　　　　　　　　12:32 PM – 12:53 PM<br>　　　　　　　　1:03 PM – 2:55 PM<br>　　　　　　　　3:02 PM – 3:53 PM<br>　　　　　　　　5:05 PM – 5:06 PM<br><br>RECESS: 10:10 AM – 10:20 AM<br>　　　　　11:21 AM – 11:28 AM<br>　　　　　11:47 AM – 12:31 PM<br>　　　　　12:53 PM –   1:03 PM<br>　　　　　2:55 PM -   3:02 PM<br>　　　　　4:05 PM -   5:01 PM |

**APPEARANCES:**
Counsel for Government:  Scott Verseman and Peter Reed
Counsel for Defendants:  Paul Sims and Matt Radefeld

**Defendant Dorfman make an oral Motion for Mistrial. Court DENIES same.**

**Opening Statement:** Paul Sims on behalf of Defendant Dorfman.

**DEFENDANT(S) WITNESSES:**

(1) Kathy Broderick　　　　　time: 9:06 AM – 9:12 AM
(2) John A. Sand　　　　　　 time: 9:12 AM – 10:10 AM; 10:20 AM – 11:21 AM;
　　　　　　　　　　　　　　　　　11:28 AM – 11:47 AM; 12:32 AM – 12:53 PM

**ADMITTED EXHIBITS:**  575, 700

**Defendant Rests:** 12:53 p.m.

EVIDENCED CLOSED:   ☒        WITNESSES EXCUSED:   ☒

**Defendants make an oral motion for Judgment of Acquittal. Court takes under advisement.**

**FINAL ARGUMENT:**
Peter Reed on behalf of Government
Paul Sims on behalf of Defendant Dorfman
Matt Radefeld on behalf of Defendant Sand
Scott Verseman on behalf of Government

**MARSHAL SWORN:**   ☒

JURY RETIRES: 3:53 p.m.

**Jury Trial to resume on February 12, 2024 at 10:00 AM before Judge Stephen McGlynn.**