UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )   No.  22 CR 30024-SPM-01, 03
                                         )
STEVEN DORFMAN, and                      )
JOHN A. SAND,                            )
                                         )
            Defendants.                  )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, _Guilty_ of
(Guilty/Not Guilty)

Conspiracy to Commit Wire Fraud and Mail Fraud as charged in Count 1 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
    vs.                                  )    No. 22 CR 30024-SPM-01, 03
                                         )
STEVEN DORFMAN, and                      )
JOHN A. SAND,                            )
                                         )
            Defendants.                  )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
                                                  (Guilty/Not Guilty)

Wire Fraud as charged in Count 2 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  22 CR 30024-SPM-01, 03 |
| | ) | |
| STEVEN DORFMAN, and | ) | |
| JOHN A. SAND, | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT**

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
                                                (Guilty/Not Guilty)

Wire Fraud as charged in Count 3 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    No.  22 CR 30024-SPM-01, 03
                                   )
STEVEN DORFMAN, and                )
JOHN A. SAND,                      )
                                   )
          Defendants.              )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
                                                  (Guilty/Not Guilty)

Wire Fraud as charged in Count 4 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                  )
                                           )
            Plaintiff,                     )
                                           )
    vs.                                    )    No.  22 CR 30024-SPM-01, 03
                                           )
STEVEN DORFMAN, and                        )
JOHN A. SAND,                              )
                                           )
            Defendants.                    )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
                                                  (Guilty/Not Guilty)

Wire Fraud as charged in Count 5 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    vs.    )  No. 22 CR 30024-SPM-01, 03
    )
STEVEN DORFMAN, and    )
JOHN A. SAND,    )
    )
    Defendants.    )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, _____Guilty_____ of
(Guilty/Not Guilty)

Wire Fraud as charged in Count 6 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  22 CR 30024-SPM-01, 03 |
| | ) | |
| STEVEN DORFMAN, and | ) | |
| JOHN A. SAND, | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT**

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
(Guilty/Not Guilty)

Wire Fraud as charged in Count 7 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
                                    )
         Plaintiff,        )
                                    )
vs.                           )   No.  22 CR 30024-SPM-01, 03
                                    )
STEVEN DORFMAN, and      )
JOHN A. SAND,            )
                                    )
         Defendants.     )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, _Guilty_ of
(Guilty/Not Guilty)

Mail Fraud as charged in Count 8 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  22 CR 30024-SPM-01, 03 |
| | ) | |
| STEVEN DORFMAN, and | ) | |
| JOHN A. SAND, | ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT**

We, the jury, find the defendant, STEVEN DORFMAN, ___GuiLty___ of
(Guilty/Not Guilty)

Mail Fraud as charged in Count 9 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,               )
                                        )
          Plaintiff,                    )
                                        )
     vs.                                )     No. 22 CR 30024-SPM-01, 03
                                        )
STEVEN DORFMAN, and                     )
JOHN A. SAND,                           )
                                        )
          Defendants.                   )

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
                                                  (Guilty/Not Guilty)

Wire Fraud as charged in Count 10 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　)　No. 22 CR 30024-SPM-01, 03
　　　　　　　　　　　　　　　　　)
STEVEN DORFMAN, and　　　　　　　)
JOHN A. SAND,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
　　　　　　　　　　　　　　　　　　　　　　(Guilty/Not Guilty)

Mail Fraud as charged in Count 11 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  22 CR 30024-SPM-01, 03 |
| | ) | |
| STEVEN DORFMAN, and | ) | |
| JOHN A. SAND, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT

We, the jury, find the defendant, STEVEN DORFMAN, ___Guilty___ of
(Guilty/Not Guilty)

Mail Fraud as charged in Count 12 of the Indictment.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )
                                             )
    vs.                                      )    No.  22 CR 30024-SPM-01, 03
                                             )
STEVEN DORFMAN, and                          )
JOHN A. SAND,                                )
                                             )
            Defendants.                      )

**VERDICT**

We, the jury, find the defendant, STEVEN DORFMAN, _____*Guilty*_____ of
                                                    (Guilty/Not Guilty)

Wire Fraud as charged in Count 13 of the Indictment.



# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 22 CR 30024-SPM-01, 03 |
| | ) | |
| STEVEN DORFMAN, and | ) | |
| JOHN A. SAND, | ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL VERDICT FORM
## REGARDING CIRCUMSTANCES RELATING TO COUNT ONE

In regard to Count One of the Indictment, if you unanimously find the defendant STEVEN DORFMAN guilty of Conspiracy to Commit Wire Fraud and Mail Fraud, then you must answer the following question: Do you unanimously find that the Government proved beyond a reasonable doubt that the conspiracy was committed in connection with the conduct of telemarking?



_____✗_____ Yes          _____ No

If you answered YES to the above question, then you must answer the following question: Do you unanimously find that the Government proved beyond a reasonable doubt that the conspiracy victimized ten or more persons over the age of 55?

_____✗_____ Yes          _____ No

